# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 131 MM 2014
:
               Respondent               :
:
:
             v.                    :
:
:
EDWARD SCOTT,                 :
:
               Petitioner              :
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 1st day of October, 2014, the Petition for Leave to File Petition for Allowance of Appeal <u>Nunc</u> <u>Pro</u> <u>Tunc</u> is **GRANTED**. Counsel is directed to file the Petition for Allowance of Appeal within 10 days of this order.